# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**SEALED**

| United States of America | Case Number: 23-09072MJ-001-PHX-ESW |
|---|---|
| v. | Charging District's Case No. |
| Christina Patacky-Beghin | 3:23-CR-26-MEM-2 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Pennsylvania, Scranton division. The defendant does not need an interpreter.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   2/28/2023

Deborah M. Fine
United States Magistrate Judge

cc: USMS, PTS, AUSA, Def Cnsl

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-09072-ESW-1 *SEALED*
### Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 02/22/2023 |
| Plea Filings | Sentencing Filings |
| Other court case number: 3:23-CR-26 Middle District of Pennsylvania | Date Terminated: 03/01/2023 |

Assigned to: Magistrate Judge Eileen S Willett

**Defendant (1)**

| | |
|---|---|
| **Christina Patacky-Beghin**<br>29842-510<br>*TERMINATED: 03/01/2023* | represented by **Jason Duffy Squires**<br>Squires Law PLLC<br>60 E Rio Salado Pkwy., Ste. 900<br>Tempe, AZ 85281<br>480-507-6666<br>Fax: 480-507-6672<br>Email: squireslaw@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

**Pending Counts** — **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** — **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** — **Disposition**

21:846 - Conspiracy to Possess and Distribute Controlled Substance (Fentanyl); 21:841(a)(1), 841(b)(1)(B) and 18:2 - Distribution of Controlled Substance (Fentanyl, Aid and Abet

**Plaintiff**

USA            represented by **Esther J Winne**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7694
Email: esther.winne@usdoj.gov
*TERMINATED: 02/28/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Margaret Wu Perlmeter**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7402
Email: margaret.perlmeter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2023 | 1 | Arrest (Rule 5 - Middle District of Pennsylvania Warrant) of Christina Patacky-Beghin. (MAP) (Entered: 02/22/2023) |
| 02/22/2023 | 🔒 2 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S Willett: Initial Appearance in Rule 5(c)(3) Proceedings as to Christina Patacky-Beghin held on 2/22/2023. The Court has received a Notice of Appearance submitted by retained attorney Jason Squires. Detention Hearing and Status Hearing Re Identity Hearing set for 2/28/2023 at 10:30 AM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M Fine. (Recorded by COURTSMART.) Hearing held 3:53 PM to 3:56 PM. (cc: AUSA/Dft's Cnsl/PTS/USMS)(MAP) (Entered: 02/22/2023) |
| 02/22/2023 | 🔒 | *SEALED* (Court only) Set Hearings as to Christina Patacky-Beghin: Status Conference Re Identity Hearing set for 2/28/2023 at 10:30 AM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M Fine. (MAP) (Entered: 02/22/2023) |
| 02/22/2023 | 3 | NOTICE OF ATTORNEY APPEARANCE: Jason Duffy Squires appearing for Christina Patacky-Beghin. (cc: AUSA/Dfns Cnsl) (MAP) (Entered: 02/22/2023) |
| 02/22/2023 | 🔒 4 | *SEALED* BRADY ORDER as to Christina Patacky-Beghin - Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or |

| | | | |
|---|---|---|---|
| | | | sanctions by the Court. Signed by Magistrate Judge Eileen S Willett on 2/22/23. (cc: AUSA/Dfns Cnsl) (MAP) (Entered: 02/22/2023) |
| 02/23/2023 | 🔒 | 5 | **Pretrial Services Bail Report** as to Christina Patacky-Beghin filed by Pretrial Services. (MAP) (Entered: 02/24/2023) |
| 02/28/2023 | | 6 | NOTICE OF ATTORNEY SUBSTITUTION: Margaret Perlmeter appearing for USA. Attorney Esther J Winne terminated. (MAP) (Entered: 02/28/2023) |
| 02/28/2023 | 🔒 | 7 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M Fine: Detention Hearing and Rule 5(c)(3) Identity Hearing as to Christina Patacky-Beghin held on 2/28/2023. Defendant waives the Rule 5(c)(3) Identity Hearing. The Government advises that the charging district has indicated they will appeal any release order entered in this case. Accordingly, the Government and charging district request that any release order be stayed to allow for the appeal process. For the reasons stated on the record, Defendant is ordered released on her own recognizance with conditions. FURTHER ORDERED staying the Order Setting Conditions of Release pending appeal in the charging district and further order from the Court in the charging district. The conditions of release are reviewed on the record with Defendant and Third-Party Custodian. FURTHER ORDERED Defendant is committed to the Middle District of Pennsylvania, Scranton Division for further proceedings. Order to issue. The record shall reflect that Defendant is requesting court-appointed counsel for the Pennsylvania proceedings. (Recorded by COURTSMART.) Hearing held 10:42 AM to 11:13 AM. (cc: AUSA/Dfns Cnsl/PTS/USMS)(MAP) (Entered: 02/28/2023) |
| 02/28/2023 | | 8 | *ORDER STAYED PURSUANT TO DOC. 7 *ORDER Setting Conditions of Release as to Christina Patacky-Beghin. Signed by Magistrate Judge Deborah M Fine on 2/28/23. (cc: AUSA/Dfns Cnsl/Dft/PTS/USMS) (MAP) (Entered: 03/01/2023) |
| 03/01/2023 | | 9 | COMMITMENT TO ANOTHER DISTRICT as to Christina Patacky-Beghin. Defendant Committed to District of Middle District of Pennsylvania. Signed by Magistrate Judge Deborah M Fine on 3/1/23. (cc: AUSA/Dfns Cnsl/PTS/USMS) (MAP) (Entered: 03/01/2023) |
| 03/01/2023 | 🔒 | 10 | *SEALED* MOTION to Unseal Recording for Limited Purpose by USA as to Christina Patacky-Beghin. (Attachments: # 1 Proposed Order, # 2 Lodged Transcript Order Form)(MAP) (Entered: 03/01/2023) |
| 03/01/2023 | 🔒 | 11 | *SEALED* ORDER granting 10 Motion to Unseal Recording (Limited Purpose as to Christina Patacky-Beghin (1). FURTHER ORDERED that the detention hearing held on February 28, 2023, be unsealed for the limited purpose of allowing counsel for the United States to obtain a copy of the recording from the detention hearing. FURTHER ORDERED that the United States Attorney's Office in the District of Arizona may provide a copy of the recording to the United States Attorney's Office in the MiddleDistrict of Pennsylvania. FURTHER ORDERED that the United States Attorney's Office in the District of Arizona may provide a copy of the recording to defense counsel, Jason Squires. Signed by Magistrate Judge Deborah M Fine on 3/1/23. (cc: AUSA/Dfns CNsl/Rudy Apodaca) (MAP) (Entered: 03/01/2023) |
| 03/01/2023 | | 12 | Notice to Middle District of Pennsylvania of a Rule 5 or Rule 32 Initial Appearance as to Christina Patacky-Beghin. Your case number is: 3:23CR26-2. The case is SEALED.<br><br>*(If you wish to designate a different email address for future transfers, please send* |

| | | |
|---|---|---|
| | | *your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MAP) (Entered: 03/01/2023) |
| 03/01/2023 | 🔒 | (Court only) ***Staff Notes as to Christina Patacky-Beghin: Pursuant to the Commitment Order filed, the following sealed documents are forwarded to the Middle District of Pennsylvania: 2, 4, 7, 8, 9, 10, 11 and docket sheet. (MAP) (Entered: 03/01/2023) |

# MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge:** Eileen S. Willett | **Date:** February 22, 2023    **SEALED** |
| **USA v. Christina Patacky-Beghin** | **Case No.:** 23-09072MJ-001-PHX-ESW |

**Assistant U.S. Attorney:** Esther Winne
**Attorney for Defendant:** Jason Squires, retained
**Defendant:** Present and in custody
**Interpreter:** N/A
**Date of Arrest:** 2/21/2023

Initial Appearance in Rule 5 proceedings held on this date. The Court has received a Notice of Appearance submitted by retained attorney Jason Squires.

The Government is seeking detention. Upon request of defense counsel, **IT IS ORDERED** setting a Detention Hearing and Status Hearing re: Identity Hearing for **February 28, 2023 at 10:30 a.m.** before Magistrate Judge Deborah M. Fine, Courtroom 303. Defendant temporarily detained pending further proceedings in this district.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Recorded by CourtSmart
Deputy Clerk Marion Holmes

IA/R5: 3 mins

Start: 3:53 p.m.
Stop: 3:56 p.m.

cc: AUSA, Dft's Cnsl, PTS, USMS

# MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Deborah M. Fine | **Date:** February 28, 2023 | **SEALED** |
| **USA v. Christina Patacky-Beghin** | **Case Number:** 23-09072MJ-001-PHX-ESW | |

**Assistant U.S. Attorney:** Margaret Wu Perlmeter
**Attorney for Defendant:** Jason Duffy Squires, Retained
**Pretrial Services Officer:** Gina Sanchez
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**DETENTION HEARING:**

This is the time set for Detention Hearing and Status Hearing re: Identity Hearing. Defendant waives the Rule 5(c)(3) Identity Hearing. The Court finds Defendant to be the individual named in the warrant and Indictment. Detention Hearing held. Argument presented. The Government advises that the charging district has indicated they will appeal any release order entered in this case. Accordingly, the Government and charging district request that any release order be stayed to allow for the appeal process. For the reasons stated on the record, Defendant is ordered released on her own recognizance with conditions. FURTHER ORDERED staying the Order Setting Conditions of Release pending appeal in the charging district and further order from the Court in the charging district.

11:07 AM The conditions of release are reviewed on the record with Defendant and Third-Party Custodian. FURTHER ORDERED Defendant is committed to the Middle District of Pennsylvania, Scranton Division for further proceedings. Order to issue. The record shall reflect that Defendant is requesting court-appointed counsel for the Pennsylvania proceedings.

**Recorded By** Courtsmart         DH   30 min
**Deputy Clerk** Kathy Ballard      ID   1 min

Start: 10:42 AM
Stop: 11:13 AM

cc: AUSA; Defense Counsel; PTS; USMS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 23-09072MJ-001-PHX-ESW |
|---|---|
| Plaintiff, | **BRADY ORDER** |
| v. | (Filed under seal) |
| Christina Patacky-Beghin, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

Dated this 22nd day of February, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge

cc: AUSA/Dft's Cnsl

# UNITED STATES DISTRICT COURT
## ARIZONA – PHOENIX

February 28, 2022                                                                 SEALED

USA v. Christina Patacky-Beghin                   Case Number: MJ-23-09072-01-PHX-ESW

## ORDER SETTING CONDITIONS OF RELEASE

☒ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND:**
　☐ UNSECURED
　☐ SECURED BY:
**SECURITY TO BE POSTED BY:**

☑ FILED　　☐ LODGED
☐ RECEIVED　☐ COPY
FEB 2 8 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ KMB _____ B DEPUTY

**NEXT APPEARANCE:** As directed through counsel

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

**IT IS ORDERED** that defendant is subject to the following conditions and shall:

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address or telephone number.

☐ reside at the address on file with Pretrial Services, and any change of address shall require PRIOR approval by Pretrial Services.

☒ maintain or actively seek employment (combination work/school) if physically and medically able to do so and provide proof of such to Pretrial Services.

☐ not travel outside of the defendant's authorized state of residence unless PRIOR Court or Pretrial Services permission is granted to do so. The defendant shall not travel out of the United States unless PRIOR Court approval is granted to do so.

☒ not travel outside the defendant's authorized state of residence unless PRIOR Court or Pretrial Services permission is granted to travel elsewhere except that with at least two days PRIOR notice to Pretrial Services, the defendant may travel directly to the prosecuting district, and through all states and counties between the defendant's authorized state of residence and the prosecuting district, for Court purposes and lawyer conferences. The defendant shall not travel out of the United States unless PRIOR Court approval is granted to do so.

☒ avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), codefendants. Contact exclusively through counsel is allowed.

☒ shall report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350; 401 W. Washington St., Suite 260, Phoenix, AZ 85003.

☐ not drive without a valid driver license.

☐ execute an agreement to forfeit the bond or designated property upon failing to appear as required:

☒ be released to the third-party custody of: Frank Beghin and shall reside with the third-party custodian unless Pretrial Services approves the defendant to reside elsewhere.

Case 3:23-cr-00026-MEM   Document 64   Filed 03/02/23   Page 10 of 15
Case 2:23-mj-09072-ESW *SEALED*   Document 8   Filed 02/28/23   Page 2 of 4

| USA v. Christina Patacky-Beghin | Case Number: MJ-23-09072-01-PHX-ESW |
|---|---|

Page 2 of 4

| | |
|---|---|
| ☒ | consume no alcohol. The defendant shall participate in alcohol treatment, submit to alcohol testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct, tamper, or attempt to obstruct or tamper, in any fashion, with the efficacy and accuracy of any substance use testing or monitoring. |
| ☒ | not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services as directed by Pretrial Services. The defendant shall not obstruct, tamper, or attempt to obstruct or tamper, in any fashion, with the efficacy and accuracy of any substance use testing or monitoring. |
| ☐ | surrender all travel documents to Pretrial Services by |
| ☒ | not obtain a passport or other travel documents during the pendency of these proceedings. |
| ☐ | be at your residence during the hours specified by Pretrial Services as curfew hours. |
| ☒ | not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition. |
| ☒ | maintain weekly contact with his/her attorney by Friday, noon of each week. |
| ☐ | timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of: $. |
| ☐ | not obtain any new financial accounts without prior notification and approval of Pretrial Services. |
| ☒ | participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider, including taking all medication prescribed by the treatment provider unless the defendant objects to a medication, and in that event the defendant shall immediately notify Pretrial Services. You must contribute to the cost of such services in an amount to be determined by Pretrial Services |
| ☐ | participate in a Specialized Treatment Program and comply with all treatment requirements including taking all medications prescribed by a physician/psychiatrist and make a copayment toward the cost of services as directed by Pretrial Services. |
| ☐ | reside at an inpatient substance use treatment facility or a halfway house, as deemed appropriate, and shall follow all program requirements including the directions of staff members. The defendant is required to make a copayment toward the cost of services as directed Pretrial Services. The U.S. Marshals Service is authorized, if requested by the program director or an authorized staff member, to remove the defendant from the program for noncompliance at any time to include evenings, weekends and holidays and place the defendant in temporary custody pending court proceedings. Upon completion, the defendant is allowed to reside at a residence approved by Pretrial Services. |
| ☐ | resolve all pending lower court matters and provide proof of such to Pretrial Services. |
| ☐ | appear at the United States Marshal's Service Office at 401 W. Washington St., Phoenix, AZ 85003, to make an identity record. |
| ☐ | |
| ☐ | |

### ADVICE OF PENALTIES AND SANCTIONS

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for

| USA v. Christina Patacky-Beghin | Case Number: MJ-23-09072-01-PHX-ESW |
|---|---|

Page 3 of 4

your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE: 2/28/23 | SIGNATURE OF DEFENDANT: [signed] |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF CUSTODIAN(S)
[signed]

**Directions to United States Marshal:**

[X] The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the

| USA v. Christina Patacky-Beghin | Case Number: MJ-23-09072-01-PHX-ESW |
|---|---|

Page 4 of 4

This Release Order is Stayed pending appeal in the charging district and further order from the Court in the charging district.

DATE: February 28, 2023

_____
Deborah M. Fine
United States Magistrate Judge

cc: USA, PTS, USM, DEFT, DEFT ATTY

☒ FILED  ☐ LODGED

**Mar 01 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
MARGARET PERLMETER
Assistant U.S. Attorney
Arizona State Bar No. 024805
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: margaret.perlmeter@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Christina Patacky-Beghin,<br><br>Defendant. | No. MJ 23-9072-01-PHX-ESW<br><br>**UNITED STATES' MOTION TO UNSEAL RECORDING FOR LIMTED PURPOSE**<br><br>**(Filed Under Seal)** |

The United States of America, by and through undersigned counsel, respectfully requests that the Court temporarily unseal the detention hearing held on February 28, 2023 for the limited purpose of allowing counsel for the United States to obtain a copy of recording from the hearing to provide to the AUSA in charging district, the United States Attorney's Office in the Middle District of Pennsylvania (MDPA), for purposes of an appeal. Defense counsel, Jason Squires, has been contacted and has no objection to this request.

Accordingly, the United States requests the Court enter an Order unsealing the recording of the detention hearing for the limited purpose of allowing counsel to obtain a

//

1 | copy of the recording for the MDPA.

2 | Respectfully submitted this 1st day of March, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Margaret Perlmeter*
MARGARET PERLMETER
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the above filing date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Jason Squires

*/s/Beth Hojnacki*

- 2 -

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MJ 23-9072-01-PHX-ESW |
| Plaintiff, | **ORDER** |
| vs. | (Filed Under Seal) |
| Christina Patacky-Beghin, | |
| Defendant. | |

The Court having considered the United States' Motion to Unseal Recording for Limited Purpose, and good cause appearing,

IT IS HEREBY ORDERED that the detention hearing held on February 28, 2023, be unsealed for the limited purpose of allowing counsel for the United States to obtain a copy of the recording from the detention hearing.

IT IS HEREBY ORDERED that the United States Attorney's Office in the District of Arizona may provide a copy of the recording to the United States Attorney's Office in the Middle District of Pennsylvania.

IT IS HEREBY ORDERED that the United States Attorney's Office in the District of Arizona may provide a copy of the recording to defense counsel, Jason Squires.

DATED this \_\_1\_\_ day of March, 2023.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

(cc: AUSA/Dfns Cnsl/Rudy Apodaca)