UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:23-CR- 26 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| CHRISTINA PATACKY-BEGHIN | : | (Sealed Case) |

### ORDER

**AND NOW**, this _____ day of March, 2023, upon consideration of the Government's Motion for Revocation of Order of Release Pursuant to 18 U.S.C. § 3145(A)(1), it is hereby **ORDERED** that the motion is **GRANTED**.

The March 1, 2023 order of Magistrate Judge Deborah M. Fine setting conditions of release at docket number MJ 23-9072 in the District of Arizona is hereby **REVOKED**. The above captioned defendant shall be held in pretrial detention pursuant to 18 U.S.C. § 3142(e) and transported by the United States Marshal to the Middle District of Pennsylvania at which time, upon the defendant's initial appearance before this court, the defendant may ask for review of this

court's order of pretrial detention.

                BY THE COURT:

                _____
                MALACHY E. MANNION
                U.S. DISTRICT COURT JUDGE