UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:23-CR-00026 |
| v. | : | (MANNION, J.) |
| SHANE BURNS,<br>CHRISTINA PATACKY-BEGHIN,<br>HOWARD BELL, a/k/a "Nitty,"<br>KEVIN JONES, a/k/a "Hat,"<br>RAHMEL WIGFALL, a/k/a "Inf,"<br>SAMANTHA SMART,<br>MAURICE FAULKNER, a/k/a "Moe,"<br>MERCEDES SMITH,<br>SHAYNA COLON ACOSTA,<br>GIAVANNA TERESA TWYMAN,<br>SABRINA CLEVELAND,<br>ROBERT THOMPSON, a/k/a "THUGGA,"<br>FATIEEM GRADY,<br>YUAMIR GRAYSON,<br>RACHEL SMYDEN,<br>Defendants. | : | |

## ORDER

NOW THIS 16th day of March 2023, upon consideration of the United States' motion to unseal the case, this case may be unsealed as to all defendants.

ACCORDINGLY, IT IS HEREBY ORDERED, that the Clerk may unseal the above defendants in the captioned matter.

MALACHY E. MANNION
United States District Court Judge