UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :
                             :
vs.                          :     3:23-CR-26-2
                             :
CHRISTINA PATACKY-BEGHIN,    :
                             :
        Defendant            :

## PLEA

AND NOW, this 23rd day of **March, 2023,** the within named Defendant, CHRISTINA PATACKY-BEGHIN, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant