# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAYNA COLON ACOSTA,<br><br>Defendants | 3:23-CR-26-09<br>(JUDGE MANNION) |

## CERTIFICATE OF CONCURRENCE

I certify that Michelle Olshefski, Assistant United States Attorney, concurs with Defendant Acosta's First Motion for Extension of Time.

Date: October 31, 2023

Gazda Penetar, P.C.

_____
By: Daniel L. Penetar III, Esquire
Attorney for Shayna Colon Acosta