### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 3:23-CR-26-09 |
| | (JUDGE MANNION) |
| SHAYNA COLON ACOSTA, | |
| Defendants | |

### ORDER

AND NOW this _____ day of _____ 2023, it is HEREBY ORDERED that Defendant Shayna Colon Acosta's Motion for Extension of Time is GRANTED. Counsel shall file all pretrial motions on or before _____.

_____
Malachy E. Mannion
United States District Judge