UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 3:CR-23-26 |
| **CHRISTINA PATACKY-BEGHIN** | : | (JUDGE MANNION) |
| **HOWARD BELL** | | |
| **KEVIN JONES** | : | |
| **RAHMEL WIGFALL** | | |
| **SAMANTHA SMART** | : | |
| **MAURICE FAULKNER** | | |
| **SHAYNA COLON ACOSTA** | : | |
| **GIAVANNA TERESA TWYMAN** | | |
| **SABRINA CLEVELAND** | : | |
| **ROBERT THOMPSON** | | |
| **FATIEEM GRADY** | : | |
| **Defendants** | : | |

## O R D E R

Multiple Defendants have moved for additional time to file pretrial motions and for a continuance of trial. They are part of fifteen codefendants found in one indictment. The Court, for the reasons advanced by the Defendants, finds the ends of justice will be served by affording all parties an extension of time to file motions and a continuance of trial. (See 18 U.S.C. § 316(h)(6)). The court finds that this continuance of time outweighs the best interests of the public and the defendants in a speedy trial, and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A).

The parties shall have until **December 29, 2023** to file any Pretrial Motions and Motions *in Limine*;

Final Pretrial Conference is scheduled to occur on **Thursday, January 25, 2024 at 1:30 p.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3; and

Jury Selection and Trial shall commence on **Monday, February 12, 2024 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

*s/Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated: November 3, 2023**
23-26-26