# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 3:23-CR-26-09 (JUDGE MANNION) |
| SHAYNA COLON ACOSTA, | |
| Defendants | |

## CERTIFICATE OF CONCURRENCE

I certify that Robert O'Hara, Assistant United States Attorney, concurs with Defendant Acosta's Second Motion for Extension of Time.

Date: December 29, 2023          Gazda Penetar, P.C.

                                 s/ Daniel L. Penetar III
                                 By: Daniel L. Penetar III, Esquire
                                     Attorney for Shayna Colon Acosta