UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:23-CR-00026 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| CHRISTINA PATACKY-BEGHIN, | : | (Electronically Filed) |
| Defendant | : | |

### MOTION TO WITHDRAW PLEA

NOW, this 1st day of February 2024, CHRISTINA PATACKY-BEGHIN, defendant in the above captioned matter, after consultation and assistance of her counsel, moves the Court to be permitted to withdraw her plea of not guilty and to enter a plea of GUILTY to Count 1 of the Indictment.

_____
CHRISTINA PATACKY-BEGHIN

### ORDER

NOW, this 1st day of February 2024 the foregoing Motion to Withdraw Plea is granted.

_____
MALACHY E. MANNION
United States District Court Judge

### PLEA

NOW, this 1st day of February 2024, CHRISTINA PATACKY-BEGHIN, withdraws her plea of not guilty and pleads guilty to Count 1 of the Indictment in the above captioned matter.

_____
CHRISTINA PATACKY-BEGHIN